JS - 6

cc: order, docket, remand letter to
Los Angeles Superior Court, Northwest District, Van Nuys,
No. 12B06893

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WIDELL, doing business as ROYAL PROPERTY MANAGEMENT,<br><br>          Plaintiff,<br><br>     v.<br><br>MARIA ROSARIO ESPINOZA, LUIS ESCOBAR ESPINOZA; MIGUEL SANCHEZ,<br><br>          Defendants. | Case No. CV 13-02105 DDP (JCx)<br><br>**ORDER OF REMAND** |

THE COURT having ordered the moving party to show cause in writing, not later than June 10, 2013, why this action should not be remanded and the moving party having failed to respond,

THE COURT ORDERS that this action be, and hereby is, remanded for failure to comply with the orders of the Court.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: June 12, 2013

DEAN D. PREGERSON
United States District Judge